```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

RUBEN SOSA et al.,

                Plaintiffs,          19cv10513 (JGK)

    - against -                  ORDER

EMPIRE ECS LLC et al.,

                Defendants.

**JOHN G. KOELTL, District Judge:**

The parties report on March 26, 2020 that they had reached agreement and they would submit a settlement agreement. No such agreement has been submitted. If the parties do not submit an agreement by July 1, 2020, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

Dated:    New York, New York
          June 23, 2020           ___/s/ John G. Koeltl_____
                                                       John G. Koeltl
                                      United States District Judge