**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**RUBEN SOSA et al.,**

|                          |                      |
|--------------------------|----------------------|
|          **Plaintiffs,** | **19cv10513 (JGK)**  |
|     **- against -**      | **ORDER**            |
| **EMPIRE ECS LLC et al.,** |                    |
|         **Defendants.**  |                      |

---

**JOHN G. KOELTL, District Judge:**

The parties should promptly advise the Court of the parties' estimates with respect to recovery for the plaintiffs if the case went to trial. Plaintiff's counsel should also provide its lodestar calculations including the underlying time records and biographies of the lawyers involved.

**SO ORDERED.**

**Dated:    New York, New York**
        **July 2, 2020**          ____/s/ John G. Koeltl_____
                              **John G. Koeltl**
                   **United States District Judge**